# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 7, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130393

PEOPLE OF THE CITY OF WALKER,
      Plaintiff-Appellee,

v

                                               SC: 130393
                                               COA: 265236
                                               Kent CC: 05-001215-AR

JOHN UJVARI,
      Defendant-Appellant.                   59th DC: W165164B

_____/

      On order of the Court, the application for leave to appeal the November 30, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 7, 2006                            _____

d0531                                          Clerk